AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
3416 Laredo Dr., Lexington, KY 40517; ) Case No. 5:23-mj-5269
the person of Barry Saturday and bags/backpacks in )
his possession; and a 2006 black Jeep Wrangler )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Kentucky_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated as if set forth fully herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated as if set forth fully herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 10, 2023_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Matthew A. Stinnett_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **9:02 AM, Jul 27, 2023** _____/s/ Matthew A. Stinnett_____
*Judge's signature*

City and state: Lexington, KY Hon. Matthew A. Stinnett
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 5:23-mj-5269 | Date and time warrant executed: 8/1/2023 | Copy of warrant and inventory left with: left at residence |

Inventory made in the presence of: SA John Z. Downing

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/2025

Executing officer's signature

SPECIAL AGENT CHELSEA HOLLIDAY
*Printed name and title*

# FEDERAL BUREAU OF INVESTIGATION
## Sign-In Log

Case ID: 176-LS-3422593
Date: 8/1/23
Location: 3416 LAREDO DR, LEXINGTON, KY

Page 1 of 1
Maintained by: C. HOLLIDAY

| Print Full Name | Agency/Division/Office | Phone | Signature | Initials | Time In | Time Out |
|---|---|---|---|---|---|---|
| CHELSEA HOLLIDAY | FBI/LS/LEX RA | 502-682-9991 | CH | CH | 10:10 | 12:01 |
| Zach Downing | FBI/LS/Lex RA | 502-544-5411 | Zow | ZD | 10:10 | 12:01 |
| DAVID J. Lowery | FBI/LS/LEXRA | 859 533 2565 | (sig) | DJL | 10:00 | 12:01 |
| Scott J. WENTHER | FBI/LS | 502-836-2516 | (sig) | SJW | 10:10 | 12:01 |
| MATT EVANS | LEX PD / TFO | 859 321-2714 | Matt | ME | 10:10 | 10:20 |
| Mike Redman | LMPD/TFO | 862-200-4184 | M. Red | MR | 10:10 | 12:01 |
| Tim Teat | FBI | 703 213 8754 | Tim Teat | TT | 10:10 | 12:01 |
| Tyler J. Hanna | FBI | 502-795-4320 | Tyler | TJH | 10:10 | 12:01 |
| Andrew Satornino | FBI | 859-771-4595 | Andrew Satornino | AS | 10:10 | 12:01 |
| Kimberly Kidd | FBI | 859 619 5444 | Kimberly Kidd | KK | 10:10 | 1:53 |
| David Dobson | FBI/SCSO | 502-475-9332 | (sig) | DD | 10:10 | 11:54 |
| CAROLYNE ACKERMANN | FBI | 859-551-4527 | (sig) | CCA | 10:25 | 12:01 |
| (sig) | FBI | 859 321-9576 | (sig) | JW | 10:10 | 12:01 |

v.04102017

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 2

**Date:** 08/01/2023  **Case ID:** 176-LS-3422593

**Location:** 3416 Laredo Dr, Lexington, KY 40517

**Preparer/Assistants:** SA Chelsea Holliday

**Personnel (full names and initials):** JOHN WHITEHEAD, DAVE LOWERY, ZACH DOWNING, CHELSEA HOLLIDAY, TIMOTHY TEAT, KIMBERLY KIDD, SCOTT WENTHER, DAVID DOBSON, ISAAC ROBISON, KACY JONES

| ✓ | Item # | Description | Location | Specific Location | Collected by/Observed by | Packaging Method | Comments |
|---|---|---|---|---|---|---|---|
| ✓ | 1 | BANANA REPUBLIC SWEATER | J | IN CLOSET | JOHN WHITEHEAD / DAVE LOWERY | | |
| ✓ | 2 | BLACK iPHONE WITH BROKEN SCREEN AND CRACKED BACK | B | ON TABLE | ZACH DOWNING / CHELSEA HOLLIDAY | | |
| ✓ | 3 | BANANA REPUBLIC DENIM JACKET | K | ON MANNEQUIN | ZACH DOWNING / TIMOTHY TEAT | | |
| ✓ | 4 | TWO PAIRS OF CLEAR GOGGLES | K | HANGING FROM WORK BENCH | ZACH DOWNING / TIMOTHY TEAT | | |
| ✓ | 5 | BLACK JOURNAL | K | TOP SHELF OF METAL STORAGE RACK | KIMBERLY KIDD / ZACH DOWNING | | |
| ✓ | 6 | THREE BLACK JOURNALS | D | ON DESK | SCOTT WENTHER / DAVID DOBSON | | |
| ✓ | 7 | GRAY IPAD S/N: DLXYG3DTK7RG | A | ON COUNTER | CHELSEA HOLLIDAY / ZACH DOWNING | | |
| ✓ | 8 | WINDOWS 8 SURFACE PRO S/N: 064408534153 | D | ON SHELF | SCOTT WENTHER / DAVID DOBSON | | |
| ✓ | 9 | DOCUMENTS REGARDING PURCHASE OF GUN IN WASHINGTON DC | D | ON SHELF | SCOTT WENTHER / DAVID DOBSON | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 2 of 2

Date: 08/01/2023    Case ID: 176-LS-3422593

Location: 3416 Laredo Dr, Lexington, KY 40517

Preparer/Assistants: SA Chelsea Holliday

Personnel (full names and initials):

| ✓ | Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|---|
| ✓ | 10 | MULTIPLE STORAGE DEVICES | D | ON SHELF AND DESK | ~~KIM~~ SCOTT WENTHER / DAVID DOBSON | | |
| ✓ | 11 | SD CARD 128 GB | K | BAG ON FLOOR NEAR WORK BENCH | KIMBERLY KIDD / ZACH DOWNING | | |
| ✓ | 12 | SONY RX0 VIDEO CAMERA WITH SD CARD | ON PERSON | ON SATURDAY'S PERSON | ISAAC ROBISON / KACY JONES | | |
| ✓ | 13 | PINK IPAD S/N: DMPF55LDLM95 | LAUNDRY ROOM | ON SHELF | JOHN WHITEHEAD / ZACH DOWNING | | |
| ✓ | 14 | PINK IPAD S/N: DMPDV1LYQ16W | LAUNDRY ROOM | ON SHELF | JOHN WHITEHEAD / ZACH DOWNING | | |
| ✓ | 15 | GRAY WINDOWS LAPTOP IN FARADAY BAG S/N: 005264462754 | D | UNDER DESK | DAVID DOBSON / SCOTT WENTHER | | |
| ✓ | 16 | TWO VERBATIM FLASH DRIVES IN FARADAY BAG | D | UNDER DESK | DAVID DOBSON / SCOTT WENTHER | | |
| ✓ | 17 | WHITE HP LAPTOP S/N: 5CD102DL2G | K | ON WORK BENCH | KIMBERLY KIDD / ZACH DOWNING | | |

FD-597 (Rev. 4-13-2015)                                              Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 176-LS-3422593

On (date): 8/1/23

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) BARRY SATURDAY

(Street Address) 3416 LAREDO DR

(City) LEXINGTON, KY

Description of Item(s):

1. BANANA REPUBLIC SWEATER
2. BLACK IPHONE WITH BROKEN SCREEN & CRACKED BACK
3. BANANA REPUBLIC DENIM JACKET
4. TWO PAIRS OF CLEAR GOGGLES
5. BLACK JOURNAL
6. THREE BLACK JOURNALS
7. GRAY IPAD S/N: DLXYG3DTK7RG
8. WINDOWS 8 SURFACE PRO S/N: 064408534153
9. DOCUMENTS REGARDING PURCHASE OF GUN IN WASHINGTON D.C.
10. MULTIPLE STORAGE DEVICES
11. SD CARD 128 GB
12. SONY RX0 VIDEO CAMERA WITH SD CARD
13. PINK IPAD S/N: DMPF55LDLM95
14. PINK IPAD S/N: DMPDVILYQ16W
15. GRAY WINDOWS LAPTOP IN FARADAY BAG S/N: 005264462754
16. TWO VERBATIM FLASH DRIVES IN FARADAY BAG
17. WHITE HP LAPTOP S/N: 5CD102DL2G

Received By: CH___ (Signature)
Printed Name/Title: SA CHELSEA HOLLIDAY SEARCH TEAM

Received From: ___ (Signature)
Printed Name/Title: COPY LEFT AT RESIDENCE